IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JUSTIN C. YOUNG | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:16CV106 RWS-CMC |
| | § | |
| COMMISSIONER | § | |
| OF SOCIAL SECURITY, | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge (Docket No. 12), which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections to the Report and Recommendation were filed. The Court agrees with the Magistrate Judge that the case should be reversed and remanded because the Administrative Law Judge did not analyze Dr. Bowen's opinion under the applicable factors. Accordingly, the Court **ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court. It is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is **REVERSED AND REMANDED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED** and the referral order is **VACATED**.

SIGNED this 24th day of August, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE